**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANTHONY A. DAVIS, JR., | : | |
| Individually And On Behalf Of All | : | |
| Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. _____ |
| | : | |
| SWISHER HYGIENE USA | : | |
| OPERATIONS, INC., JOHN | : | |
| THOMPSON, and | : | |
| GO HOSPITALITY | : | |
| SERVICES, LLC, | : | |
| | : | |
| Defendants. | : | |

## <u>NOTICE OF REMOVAL</u>

Defendant Swisher Hygiene USA Operations, Inc. ("Swisher Hygiene"), pursuant to 28 U.S.C. § 1441, respectfully removes this case to the United States District Court for the Northern District of Georgia, Atlanta Division. The grounds for removal are as follows:

**1.     Parties and Service.**

On May 4, 2012, a civil action was filed in the Superior Court of Gwinnett County, State of Georgia, entitled *Anthony A. Davis, Jr., Individually And On Behalf Of All Others Similarly Situated, v. Swisher Hygiene USA Operations, Inc.,*

*John Thompson, and Go Hospitality Services, LLC*, Case No. 12A-0398710. Swisher Hygiene was served with the Summons and Complaint on May 7, 2012. John Thompson and Go Hospitality Services, LLC, were also served on May 7, 2012, and they both consent to this removal. Other than the filing and service of the Complaint, no proceedings have transpired in this matter.

2.      **Timing of Removal and Attachment of Necessary Documents.**

This Notice of Removal is timely filed within thirty (30) days of the first day of service on Swisher Hygiene pursuant to 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served on Swisher Hygiene are attached hereto as **Exhibit 1.** No other pleadings have been served on Swisher Hygiene.

3.      **The Basis for Removal – Federal Question Jurisdiction.**

This Court has original federal question jurisdiction over this case because Plaintiff's Complaint alleges violations of federal law under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. (*See* Complaint Counts I, II & III). Pursuant to 28 U.S.C. § 1441(b), "any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treatises or law of the United States shall be removable without regard to the citizenship or residence of the parties."

**4.    Procedural Requirements and Disclosures.**

Venue in the Federal District Court for the Northern District of Georgia, Atlanta Division, is proper under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district.  There are no other Defendants from whom consent to remove is required.

Swisher Hygiene states that a true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Gwinnett County, State of Georgia, promptly after the filing of this Notice of Removal, as required by 28 U.S.C. §1446(d).

Because this Court has original jurisdiction over this action and Swisher Hygiene has satisfied the procedural requirements for removal, removal of this action to the United States District Court for the Northern District of Georgia is proper.

No admission of fact, law, or liability is intended by this Notice of Removal, and Swisher Hygiene expressly reserves all defenses, affirmative defenses, and motions.

**WHEREFORE**, Swisher Hygiene prays that this Notice of Removal be deemed good and sufficient, and that Plaintiff's state court action be removed into this Court for trial and determination as provided by law, and that this Court enter

such orders and issue such process as may be proper to bring it copies of all records and proceedings in such civil action and proceed as if it has been originally commenced in this Court.

Respectfully submitted,

*/s/ Terri R. Stewart*
David R. Kresser
Georgia Bar No. 429615
Terri R. Stewart
Georgia Bar No. 244624

FISHER & PHILLIPS LLP
1075 Peachtree St., NE
Suite 3500
Atlanta, GA  30309
(404) 231-1400 – Telephone
(404) 240-4249 - Facsimile
dkresser@laborlawyers.com
tstewart@laborlawyers.com

COUNSEL FOR SWISHER HYGIENE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| ANTHONY A. DAVIS, JR., | : | |
| Individually And On Behalf Of All | : | |
| Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. _____ |
| | : | |
| SWISHER HYGIENE USA | : | |
| OPERATIONS, INC., JOHN | : | |
| THOMPSON, and | : | |
| GO HOSPITALITY | : | |
| SERVICES, LLC, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that, on June 6, 2012, the foregoing **Notice of Removal** was filed into the record of the above-captioned case via the Court's CM/ECF system, was filed with the clerk of the Superior Court of Gwinnett County, Georgia, and was served via U.S. Mail, to Plaintiff through his counsel as well as the other Defendants at the addresses listed below:

> J. Stephen Mixon
> Millar & Mixon, LLC
> 108 Williamson Mill Road
> Jonesboro, GA 30236

The Hicks Law Group
368 South Perry Street
Lawrenceville, Georgia 30046

John Thompson
2402 Tech Center Parkway
Lawrenceville Georgia 30043

                                        _/s/ Terri R. Stewart_
                                        Terri R. Stewart