UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANTHONY A. DAVIS, JR., Individually And On Behalf Of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1:12-cv-01962-SCJ |
| SWISHER HYGIENE USA OPERATIONS, INC., JOHN THOMPSON, and GO HOSPITALITY SERVICES, LLC, | : : : : : : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of Plaintiff against the Defendants. The parties will bear their own costs and fees.

Respectfully submitted this 16th day of October, 2013.

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
MILLAR & MIXON, LLC
1691 Phoenix Blvd.
Suite 150
Atlanta, GA  30349

/s/ David R. Kresser
David R. Kresser
Georgia Bar No. 429615
FISHER & PHILLIPS LLP
1075 Peachtree St., NE
Suite 3500
Atlanta, GA  30309

| | |
|---|---|
| (770) 955-0100 - Telephone | (404) 231-1400 – Telephone |
| (678) 669-2037 - Facsimile | (404) 240-4249 – Facsimile |
| steve@mixon-law.com | dkresser@laborlawyers.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |